UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT VAN VALIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as the Secretary of Commerce, et al., <br><br> Defendants. | Civil Action No. 08-cv-00941 |

## NOTICE OF SUBMISSION OF JOINT PROPOSED ORDER

Defendants Carlos Gutierrez, in his official capacity as the U.S. Secretary of Commerce, Conrad C. Lautenbacher, Jr., in his official capacity as Administrator of the U.S. National Oceanic and Atmospheric Administration, and James W. Balsinger, in his official capacity as the Acting Assistant Administrator of the U.S. National Oceanic and Atmospheric Administration (collectively referred to as "Federal Defendants"), on behalf of all the parties, hereby submit the attached joint proposed order, which reflects the Court's June 10, 2008 decision to grant Plaintiffs' motion for a temporary restraining order, effective June 10, 2008.

Respectfully submitted this 10th of June, 2008.

                                          RONALD J. TENPAS
                                        Assistant Attorney General

                                        JEAN E. WILLIAMS
                                        Chief, Wildlife & Marine Resources Section

                                        s/ *Robert P. Williams*
                                        ROBERT P. WILLIAMS, Trial Attorney
                                        U.S. Department of Justice
                                        Wildlife & Marine Resources Section
                                        Benjamin Franklin Station, P.O. Box 7369
                                        Washington, DC 20044-7369
                                        (202) 305-0210 (ph)
                                        (202) 305-0275 (fx)
                                        robert.p.williams@usdoj.gov

                                        *Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SCOTT VAN VALIN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE HONORABLE CARLOS )<br>GUTIERREZ, in his official capacity as the )<br>Secretary of Commerce, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-cv-00941 |

**ORDER**

The Court, having considered Plaintiffs' motion for a temporary restraining order and/or a preliminary injunction, concludes that Plaintiffs have demonstrated a likelihood of success on the merits of their claims that the final rule adopted by the National Marine Fisheries Service is in violation of the Administrative Procedure Act. The Court also finds that Plaintiffs have demonstrated that the balance of harms tips in favor of a stay because Plaintiffs would suffer irreparable harm if the rule is implemented.

Accordingly, Plaintiffs' motion should be and hereby is GRANTED. It is further ORDERED that, pending a hearing on whether a preliminary injunction should issue, Defendants, and their officers, agents, employees, and attorneys are hereby ENJOINED and RESTRAINED from giving any effect to or otherwise taking any action to enforce the one-halibut daily bag limit restriction for charter vessel anglers found at 50 C.F.R. § 300.65(d)(2)(i). The daily bag limit restriction that was applicable in the International Pacific Halibut

Commission Area 2C previously found at 50 C.F.R. § 300.65(d) (2007) shall again become effective:

> § 300.65 Catch sharing plan and domestic management measures in waters in and off Alaska.
>
> (d) In Commission Regulatory Area 2C, halibut harvest on a charter vessel is limited to no more than two halibut per person per calendar day provided that at least one of the harvested halibut has a head-on length of no more than 32 inches (81.3 cm). If a person sport fishing on a charter vessel in Area 2C retains only one halibut in a calendar day, that halibut may be of any length.

*See* 72 Fed. Reg. 30714, 30727 (June 4, 2007).

The hearing on Plaintiffs' motion for a preliminary injunction will be held on June 20, 2008 at 4:00 pm.

SO ORDERED

Entered this 10th day of June, 2008.

_____
Honorable Rosemary M. Collyer
United States District Judge