CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SCOTT VAN VALIN, ET AL           )
                                 )
                                 )
                                 )
           Plaintiff             ) Civil Case Number 08-0941 (RMC)
                                 )
                                 )
                                 )   Category   D
CARLOS M. GUTIERREZ, ET AL       )
                                 )
                                 )
           Defendant             )
                                 )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 10, 2008 from Judge John D. Bates to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Judge Collyer has consented to the transfer)

                                            ELLEN S. HUVELLE
                                            Chair, Calendar and Case
                                            Management Committee

cc:   Judge Collyer & Courtroom Deputy
      Judge Bates & Courtroom Deputy
      Liaison, Calendar and Case Management Committee