IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT VAN VALIN, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| Carlos M. Gutierrez, in his Official Capacity as Secretary of the U.S. DEPARTMENT OF COMMERCE, | )<br>)<br>)<br>) |
| | ) Civil Action No. 1:08-cv-00941-RMC |
| Conrad C. Lautenbacher, Jr., in his Official Capacity as Administrator of the U.S. NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, | )<br>)<br>)<br>)<br>)<br>) |
| James W. Balsiger, in his Official Capacity as Acting Assistant Administrator of the U.S. NATIONAL MARINE FISHERIES SERVICE | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Rule 83.6(a), the undersigned counsel hereby notices the entry of his appearance in the above-captioned action as counsel of record on behalf of *amicus curiae* The International Pacific Halibut Commission ("IPHC").

    /s/ Christopher T. Koegel
Christopher T. Koegel (DC Bar No. 473478)
Manatt, Phelps & Phillips, LLP
700 12th Street, NW
Suite 1100
Washington, DC 20005
Telephone No.: (202) 585-6500

          Fax. No. :  (202) 585-6600
          e-mail Address:  ckoegel@manatt.com

          *Attorney for International Pacific Halibut Commission*

Dated:  June 18, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2008, a copy of the foregoing Notice of Entry of Appearance was served by electronic transmission to counsel for the parties as listed below, and sent to the Court's Generic Email Box to be filed with the Court:

John W. Butler
Sher & Blackwell LLP
1850 M Street, NW, Suite 900
Washington, DC  20036
JBUTLER@sherblackwell.com

*Attorneys for Plaintiffs*

Robert P. Williams
U.S. Department of Justice
Wildlife & Marine Resources Section
Benjamin Franklin Station, P. O. Box 7369
Washington, DC  20044-7369
Robert.p.williams@usdoj.gov

*Attorneys for Federal Defendants*

                                                  /s/  Christopher T. Koegel
                                                  Christopher T. Koegel

Dated:  June 18, 2008

30209846.1