UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCOTT VAN VALIN, *et al.*,

    **Plaintiffs**,

v.

THE HONORABLE CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, *et al.*,

    **Defendants**.

Civil Action No. 08-0941 (RMC)
Category D

## NOTICE OF NAME CHANGE

Proposed Intervenor-Defendants Linda Behnken, *et al.*, wish to notify the Court that the law firm of which counsel for Proposed Intervenor-Defendants is a member has merged with another law firm. Counsel of record should now be

    George J. Mannina, Jr. (D.C. Bar No. 316943)
    Email:  gmannina@nossaman.com
    Paul L. Knight (D.C. Bar No. 911594)
    Email: pknight@nossaman.com
    Nossanan LLP/O'Connor & Hannan
    1666 K Street, N.W., Suite 500
    Washington, D.C.  20006-2803
    Telephone:    (202) 887-1400
    Facsimile:     (202) 466-3215

Please note that the only change from information previously filed with this Court is the name of the law firm and the electronic mail address of counsel.

Dated:  July 17, 2008

Respectfully submitted,

/s/ George J. Mannina, Jr.
George J. Mannina, Jr. (D.C. Bar No. 316943)
Paul L. Knight (D.C. Bar No. 911594)
Nossanam LLP/O'Connor & Hannan
1666 K Street, N.W., Suite 500
Washington, D.C.  20006-2803
Telephone:    (202) 887-1400
Facsimile:     (202) 466-3215
*Counsel for Proposed Intervenor-Defendant*