UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCOTT VAN VALIN, et al.,

    Plaintiffs,

v.

THE HONORABLE CARLOS
GUTIERREZ, in his official capacity as the
Secretary of Commerce, et al.,

    Defendants.

Civil Action No. 08-cv-00941

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

    Defendants Carlos Gutierrez, in his official capacity as the U.S. Secretary of Commerce, Conrad C. Lautenbacher, Jr., in his official capacity as Administrator of the U.S. National Oceanic and Atmospheric Administration, and James W. Balsinger, in his official capacity as the Acting Assistant Administrator of the U.S. National Oceanic and Atmospheric Administration (collectively referred to as "Federal Defendants"), hereby move the Court pursuant to Federal Rule 6(b) for a one-week extension of time to file their answer to Plaintiffs' complaint, until August 8, 2008. Undersigned counsel for Federal Defendants has conferred with counsel for Plaintiffs, John Butler, and Plaintiffs do not oppose the extension requested herein. A proposed order is attached. In support of the instant motion, Federal Defendants state as follows:

    1.    On June 2, 2008, Plaintiffs filed a complaint and a motion for a temporary restraining order and preliminary injunction. Dckt. Nos. 1 & 2. The docket indicates that the complaint was served on NMFS on or around June 2, 2008. Dckt. No. 1. Pursuant to Federal

Rule 12(b), Federal Defendants' answer is due to be filed on or before August 1, 2008.

2.   Three hearings were held on Plaintiffs' motion for a temporary restraining order and preliminary injunction: on June 4, June 10, and June 20, 2008.  Undersigned counsel for Federal Defendants prepared and filed briefing papers in advance of each hearing.  *See* Dckt. Nos. 3, 4, 11, 13.

3.   In addition to the instant case, which involves detailed discussion of complex facts and legal authorities, undersigned counsel for Federal Defendants has the lead on four other cases that have required counsel to meet multiple deadlines during the time scheduled for the preparation of Federal Defendants' answer to Plaintiffs' complaint in this case: *Center for Biological Diversity v. USFWS*, No. C 08-01278-MHP (N.D. Cal.); *Alliance for the Wild Rockies v. U.S. Forest Service et al.*, No. CV. 07-150-M-DWM (D. Mont.); *Center for Biological Diversity v. USFWS*, CV 03-29-DWM (D. Mont.); and *McCrary v. Gutierrez*, No. 08-cv-1592-RMW (N.D. Cal.).

4.   Additionally, undersigned counsel for NMFS was out of the country on personal leave from July 9-21, and will be out of the office on personal leave from July 31 until August 4.

5.   The additional week herein requested will allow for the preparation of Federal Defendants' answer as well as review of the pleading by client agency counsel.  A scheduling order has not been entered in this case.

6.   Undersigned counsel for Federal Defendants has conferred with counsel for Plaintiffs, John Butler, who has authorized undersigned counsel to represent that Plaintiffs do not oppose granting Federal Defendants an extension until August 8 to file their answer.

7.   For the reasons set forth above, Federal Defendants respectfully request that the deadline for their answer be extended to August 8, 2008, as set forth the attached proposed order.

Respectfully submitted this 30th of July, 2008.

                    RONALD J. TENPAS
                    Assistant Attorney General

                    JEAN E. WILLIAMS
                    Chief, Wildlife & Marine Resources Section

                    s/ *Robert P. Williams*
                    ROBERT P. WILLIAMS, Trial Attorney
                    U.S. Department of Justice
                    Wildlife & Marine Resources Section
                    Benjamin Franklin Station, P.O. Box 7369
                    Washington, DC 20044-7369
                    (202) 305-0210 (ph)
                    (202) 305-0275 (fx)
                    robert.p.williams@usdoj.gov

                    *Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| SCOTT VAN VALIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HONORABLE CARLOS GUTIERREZ, in his official capacity as the Secretary of Commerce, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-cv-00941 |

**[PROPOSED] ORDER**

The Court, having considered Federal Defendants' unopposed motion for an extension of time to file their answer to Plaintiffs' complaint, and good cause existing therefore, hereby orders that Plaintiffs' motion should be and hereby is GRANTED. It is further ORDERED that the deadline for filing Federal Defendants' answer to Plaintiffs' complaint is extended to August 8, 2008.

SO ORDERED

    Entered this ____ day of July, 2008.

 

_____
Honorable Rosemary M. Collyer
United States District Judge